No. 78–5273.  CONNOR ET UX. *v.* ILLINOIS.  App. Ct. Ill., 1st Dist.  Certiorari denied.

No. 78–5275.  GORECKI *v.* ILLINOIS.  App. Ct. Ill., 4th Dist. Certiorari denied.

No. 78–5341.  VON REED *v.* UNITED STATES.  C. A. 3d Cir. Certiorari denied.

No. 78–5355.  BROWN *v.* UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 78–5360.  PARKER *v.* UNITED STATES.  C. A. D. C. Cir. Certiorari denied.

No. 78–5375.  GALLAGHER *v.* FLORIDA.  Dist. Ct. App. Fla., 2d Dist.  Certiorari denied.

No. 78–5396.  RAYO *v.* UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 78–5401.  HALEY *v.* UNITED STATES.  C. A. 8th Cir. Certiorari denied.

No. 78–5409.  FIERRO-SOZA *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 78–5418.  AGUILERA ET AL. *v.* UNITED STATES;
No. 78–5452.  AGUIAR ET AL. *v.* UNITED STATES; and
No. 78–5453.  MIRANDA ET AL. *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.  Reported below: 579 F. 2d 641.

No. 78–5425.  TORRES ET AL. *v.* RAMOS ET AL.  C. A. 1st Cir.  Certiorari denied.

No. 78–5443.  YORK *v.* UNITED STATES.  C. A. 5th Cir. Certiorari denied.